**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

_____
_____
_____

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – ____ ____ ____ ____     OR     **9** xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

__ __ – __ __ __ __ __ __ __
EIN

__ __ – __ __ __ __ __ __ __
EIN

---

Official Form 105                                Involuntary Petition Against an Individual                                page **1**

Debtor _____  Case number (*if known*)_____

| | | |
|---|---|---|
| 6. **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
| | _____<br>Number        Street<br><br>_____<br><br>_____<br>City                                     State       ZIP Code<br><br>_____<br>County | _____<br>Number        Street<br><br>_____<br><br>_____<br>City                                     State       ZIP Code |
| | **Principal place of business** | |
| | _____<br>Number        Street<br><br>_____<br><br>_____<br>City                                     State       ZIP Code<br><br>_____<br>County | |
| 7. **Type of business** | ❑   Debtor does not operate a business<br><br>*Check one if the debtor operates a business:*<br><br>❑   Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑   Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑   Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑   None of the above | |
| 8. **Type of debt** | **Each petitioner believes:**<br><br>❑   **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>❑   **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. | |
| 9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?** | ❑   No<br><br>❑   Yes. Debtor _____    Relationship _____<br><br>           District _____ Date filed _____  Case number, if known_____<br>                                                                                     MM / DD / YYYY<br><br>           Debtor _____    Relationship _____<br><br>           District _____ Date filed _____  Case number, if known_____<br>                                                                                     MM / DD / YYYY | |

Official Form 105                      Involuntary Petition Against an Individual                      page **2**

Debtor _____  Case number (*if known*)_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

❑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

❑ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

❑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

❑ No

❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
|  |  | $ _____ * |
|  |  | $ _____ * |
|  |  | $ _____ * |
| *Additional and outstanding interest, attorney's fees and costs | Total | $ _____ * |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor **Brandon Sattler** _____   Case number *(if known)*_____

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| X _[signature]_<br>Signature of petitioner or representative, including representative's title | X /s/ Gerald M Gordon<br>Signature of attorney |
| James Russell<br>Printed name of petitioner | Gerald M. Gordon<br>Printed name |
| Date signed 10-29-18<br>MM / DD / YYYY | Garman Turner Gordon LLP<br>Firm name, if any |
| | 650 White Drive Suite 100<br>Number  Street |
| **Mailing address of petitioner** | Las Vegas                NV        89119<br>City                     State      ZIP Code |
| 817 S. 7th Street<br>Number  Street | Date signed  10/29/2018<br>MM / DD / YYYY |
| Las Vegas              NV        89101<br>City                   State      ZIP Code | Contact phone (725) 777-3000   Email ggordon@gtg.legal |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____

Email  _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____  State ____  ZIP Code _____

Official Form 105            Involuntary Petition Against an Individual            page 4

Debtor **Brandon Settler** _____   Case number (if known) _____

---

**X** _[signature]_
Signature of petitioner or representative, including representative's title

**Grant Whitcher**
Printed name of petitioner

Date signed  10-29-18
MM / DD /YYYY

Mailing address of petitioner

817 S. 7th Street
Number   Street

Las Vegas     NV     89101
City          State  ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City      State ZIP Code

---

**X** /s/ Gerald M. Gordon
Signature of Attorney

Gerald M. Gordon
Printed name

Garman Turner Gordon LLP
Firm name, if any

650 White Drive Suite 100
Number   Street

Las Vegas                NV     89119
City                     State  ZIP Code

Date signed  10/29/2018
MM / DD / YYYY

Contact phone (725) 777-3000   Email ggordon@gtg.legal

---

**X** _____
Signature of petitioner or representative, including representative's title

**Julie Russell**
Printed name of petitioner

Date signed  _____
MM / DD /YYYY

Mailing address of petitioner

1805 Corta Bella Drive
Number   Street

Las Vegas     NV     89134
City          State  ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City      State ZIP Code

---

**X** /s/ Gerald M. Gordon
Signature of Attorney

Gerald M. Gordon
Printed name

Garman Turner Gordon LLP
Firm name, if any

650 White Drive Suite 100
Number   Street

Las Vegas, NV            NV     89119
City                     State  ZIP Code

Date signed  10/29/2018
MM / DD / YYYY

Contact phone (725) 777-3000   Email ggordon@gtg.legal

---

Official Form 105         Involuntary Petition Against an Individual         page 5

Debtor **Brandon Sattler** _____ Case number (*if known*)_____

---

**X** _____
Signature of petitioner or representative, including representative's title

Grant Whitcher
Printed name of petitioner

Date signed _____
MM / DD / YYYY

Mailing address of petitioner

817 S. 7th Street
Number    Street

Las Vegas        NV       89101
City             State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City       State ZIP Code

---

**X** /s/ Gerald M. Gordon
Signature of Attorney

Gerald M. Gordon
Printed name

Garman Turner Gordon LLP
Firm name, if any

650 White Drive Suite 100
Number    Street

Las Vegas           NV       89119
City                State    ZIP Code

Date signed  10/29/2018
MM / DD / YYYY

Contact phone (725) 777-3000   Email ggordon@gtg.legal

---

**X** *[signature]*
Signature of petitioner or representative, including representative's title

Julie Russell
Printed name of petitioner

Date signed  10-29-18
MM / DD / YYYY

Mailing address of petitioner

1805 Corta Bella Drive
Number    Street

Las Vegas        NV       89134
City             State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City       State    ZIP Code

---

**X** /s/ Gerald M. Gordon
Signature of Attorney

Gerald M. Gordon
Printed name

Garman Turner Gordon LLP
Firm name, if any

650 White Drive Suite 100
Number    Street

Las Vegas, NV         NV       89119
City                  State    ZIP Code

Date signed  10/29/2018
MM / DD / YYYY

Contact phone (725) 777-3000   Email ggordon@gtg.legal

---