**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:  BRANDON SATTLER

§    Case No. 18-16466-ABL
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/29/2018. The undersigned trustee was appointed on 03/07/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $         306,600.37

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 275,060.91 |
| Bank service fees | 16,221.42 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 15,318.04 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/28/2019 and the deadline for filing governmental claims was 04/27/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,580.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,561.82, for a total compensation of $14,561.82[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $756.22 for total expenses of $756.22[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/11/2024                          By: /s/ Shelley D. Krohn
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:**  18-16466-ABL

**Case Name:**  SATTLER, BRANDON

**For Period Ending:**  01/11/2024

**Trustee Name:**  (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**  10/29/2018 (f)

**§ 341(a) Meeting Date:**  04/17/2019

**Claims Bar Date:**  06/28/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Escrowed funds from sale of Tahoe property | 0.00 | 0.00 | | 176,790.40 | FA |
| 2 | 9455 Windham Heights Court, Las Vegas, NV 89139<br>Abandoned per Order #421, 4/8/2020<br><br>Single-family home, Residence: Single Family Residence Property acquired in November 2014, at which time Jennifer Aycock contributed $50,000 toward down payment and was a tenant in common with Debtor. In June 2017, Ms. Aycock was taken off title for purposes of refinancing. Ms. Aycock has contributed toward monthly mortgage payments since property first acquired and claims an equitable interest in property based upon her contributions.. Entire property value: $1,090,000.00 | 1,090,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 917 Creekwood Drive, South Lake Tahoe, CA 96150-0000, El Dorado County<br>Single-family home, At the time of purchase in August 2017, for the price of $780,000, the property was acquired in Debtor's name, as required by seller, who also carried the note and deed of trust against the property. The $250,162.61 down payment was funded from Sattcom Video LLC. In June 2018, upon the advice of counsel, the property interest was transferred from Debtor to Majestic Peak Capital Funding. On January 3, 2019, the property was sold to Jeffrey Ford for the price of $761,000.. Entire property value: $761,000.00 | 761,000.00 | 231,162.61 | | 0.00 | FA |
| 4 | 2019 AUDI Q8, 2450 miles<br>Disclosure Purposes, Only: Vehicle driven by Debtor - Owned by Sattler AV, LLC - Debtor has no ownership interest in Vehicle. Entire property value: $60,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 2018 Ford F150, 8369 miles<br>Disclosure Purposes, Only: Vehicle driven by Debtor - Owned by Majestic Peak, LLC - Debtor has no ownership interest in. Entire property value: $49,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Furniture, appliances, dishes, kitchenware, household goods, etc all in part wih my fiance Jennafer Aycock<br>Abandoned per Order #421, 4/8/2020 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 7 tvs, 2 ipads, 1 printer, 1 computer, 3 av receivers, speakers, misc other electronics all co-owned with Jennafer Aycock<br>Abandoned per Order #421, 4/8/2020 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 8 | Books, pictures, knick-knacks, co-owned with fiance, Jennifer Aycock<br>Abandoned per Order #421, 4/8/2020 | 500.00 | 0.00 | OA | 0.00 | FA |
| 9 | Bikes, weights, air hockey table, ping pong table, poker table, co-owned with fiance, Jennifer Aycock<br>Abandoned per Order #421, 4/8/2020 | 2,000.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 18-16466-ABL

**Case Name:** SATTLER, BRANDON

**For Period Ending:** 01/11/2024

**Trustee Name:** (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):** 10/29/2018 (f)

**§ 341(a) Meeting Date:** 04/17/2019

**Claims Bar Date:** 06/28/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Man's wardrobe, clothing, hats, shoes, jackets, shirts, etc.<br>Abandoned per Order #421, 4/8/2020. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | 1 Ring, 6 necklaces, 10 watches<br>See ECF 360 amending value of asset. Abandoned per Order #421, 4/8/2020. | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 12 | Cash<br>Abandoned per Order #421, 4/8/2020 | 2,200.00 | 0.00 | OA | 0.00 | FA |
| 13 | Cash Disclosure<br>Abandoned per Order #421, 4/8/2020.<br>For disclosure purposes, only: At the time the involuntary petition was filed, Sattcom Video, LLC, dba Brandon Sattler Professional Gambler, had an estimated amount of about $1.2 million in cash, cashier's checks and gaming chips. This asset did not belong to the Debtor, individually, and, therefore, the amount is stated as $0.00 (Official Form 106A/B does not permit disclosure here as being owned solely by another). | 0.00 | 0.00 | OA | 0.00 | FA |
| 14 | Checking Account: Chase Bank(0961)<br>Abandoned per Order #421, 4/8/2020 | 120.54 | 0.00 | OA | 0.00 | FA |
| 15 | Business Checking Account: Wells Fargo (8900)<br> $9,500.00 of funds in this account abandoned per Order #421, 4/8/2020. Debtor uncooperative with turnover of remainder of funds. | 13,602.22 | 4,102.22 | OA | 0.00 | FA |
| 16 | Business Checking Account: Wells Fargo (6376) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Checking Account for business: Wells Fargo (6442) | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Checking: Chase Bank(2763)<br>Abandoned per Order #421, 4/8/2020 | 1,313.92 | 0.00 | OA | 0.00 | FA |
| 19 | TRUSTS EQUITABLE OR FUTURE INTERESTS IN PROPERTY - Louis Tooman<br>At the time of the Involuntary Petition filing, Debtor had no interest in the Estate of Louis Toomin. Toomin died on December 6, 2018, after the Involuntary Petition was filed. Debtor turned proceeds of the Toomin Estate over to L&S Counselors. L&S Counselor's, as Debtor's counsel and Toomin's Estate Attorney, managed the process to begin the Probate of the Toomin Estate. Debtor reasonably believes the Toomin Estate had its own creditors of approximately $500,000. | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page:  3

**Case No.:**  18-16466-ABL

**Case Name:**  SATTLER, BRANDON

**For Period Ending:**  01/11/2024

**Trustee Name:**  (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**  10/29/2018 (f)

**§ 341(a) Meeting Date:**  04/17/2019

**Claims Bar Date:**  06/28/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | TRUSTS EQUITABLE OR FUTURE INTERESTS IN PROPERTY - BDS Trust<br><br>At the time of the filing of the Involuntary Petition with respect to BDS Investments Trust uad 2018.05.22 ("BDS Trust"): (1) The beneficial ownership in the BDS Trust was held jointly and severally by Brandon Sattler, his issue and Jennifer Aycock. (2) BDS Trust holds a 96% beneficial interest in Majestic Peak Capital Funding LLLP ("MPCF") (See also, No. 19, above, business entity ownership disclosures re MPCF). See, Response to Question No. 1.1 re Debtor's disclosure of his residence and his claims to the residence for this homestead exemption in his interest in the personal residence that is the real property asset of DBS Trust. | 0.00 | 0.00 | | 0.00 | FA |
| 21 | TRUSTS EQUITABLE OR FUTURE INTERESTS IN PROPERTY - Sattler Trust<br><br>At the time of the filing of the Involuntary Petition with respect to Sattler Trust uad 2018.06.25 ("Sattler Trust"): (1) The beneficial ownership in the Sattler Trust was held jointly and severally by Brandon Sattler, his issue and Jennifer Aycock. (2) The Sattler Trust had a 100% beneficial interest in Sattcom Video LLC, which up until 07/01/18, Sattcom Video LLC was dba "Brandon Sattler Professional Gambler." (See also, No. 19, above, business entity disclosures) Sattler Trust had a 100% beneficial interest in Sattcom Audio Visual Series LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Domain names: sattcomvideo.com and sattleraudiovideo.com | 0.00 | 0.00 | | 0.00 | FA |
| 23 | TAX REFUNDS<br><br>All returns were filed that were due as of the date of the filing of the Involuntary Petition. Tax refunds from 2015 and 2016 were applied to taxes owed to IRS for 2017 tax year. | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Other Amounts Someone Owes You: Anita Linden - Note and Deed of Trust secured by real property located at 2302 Desert Fox Drive, Henderson, NV 89052<br><br>Settled for a reduced payment of $117,111.85 for the release of the Second Deed of Trust. See Order #410, 2/26/2020.<br><br>Anita Linden - Note and Deed of Trust secured by real property located at 2302 Desert Fox Drive, Henderson, NV 89052 - Linden filed chapter 7 in the Northern District of California, BK Case No. 18-42528, discharged on 02/05/19 (Case Closed without administration) with value listed at the time of $450,000. Linden disputed and listed the amount owing the Sattler as "unknown" incurred in 2013, with disclosure of USBank deed of trust incurred in 2017, IRS lien in 2015-2016, and LVHR Casino disputed debt from judgment in 2016. | 145,000.00 | 145,000.00 | | 117,111.85 | FA |
| 25 | INTEREST IN PROPERTY THAT IS DUE YOU FROM SOMEONE WHO HAS DIED<br><br>See Response to Question No. 32 re Toomin Estate | 0.00 | 0.00 | | 0.00 | FA |
| 26 | CLAIMS AGAINST THIRD PARTIES<br><br>See Response to Question No. 30, above, re Anita Linden | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 4

**Case No.:**   18-16466-ABL

**Case Name:**   SATTLER, BRANDON

**For Period Ending:**   01/11/2024

**Trustee Name:**   (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**   10/29/2018 (f)

**§ 341(a) Meeting Date:**   04/17/2019

**Claims Bar Date:**   06/28/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | ACCOUNTS RECEIVABLE<br>See Response to Question No. 30, above | 0.00 | 0.00 | | 0.00 | FA |
| 28 | MACHINERY FIXTURES EQUIPMENTS SUPPLIES<br>Additional Tools of Trade not previously listed: business equipment, inventory, copier, office furniture, all owned by MPCF through its beneficial interest in SVRS, Sattler AV and BSPG, in which exemption taken as a precaution should Trustee claim such are actually Debtor's property | 2,500.00 | 0.00 | | 0.00 | FA |
| 29 | Interests in partnerships or joint ventures<br>See Responses to Question No. 19, above, re business entities, and Question No. 25, above, re trusts. | 0.00 | 0.00 | | 0.00 | FA |
| 30 | Wells Fargo CD - Account #9975<br>In the name of Brandon Sattler dba Brandon Sattler Professional Gambler. Funds turned over per Order #247, 6/11/19 | 0.00 | 12,282.15 | | 12,282.15 | FA |
| 31 | Unclaimed Funds (u) | 0.00 | 258.06 | | 285.90 | FA |
| 32 | 2014 KTM EXC500<br>Disclosure Purposes, Only: Motorcycle driven by Debtor - Owned by Majestic Peak LLC - Debtor has no ownership interest in Vehicle. | 0.00 | 0.00 | | 0.00 | FA |
| 33* | NON PUBLICLY TRADED STOCK - 4% beneficial interest in Majestic Peak Capital Funding LLLP<br>Counsel for Trustee investigated asset and believes it is uncollectable. (See Footnote) | 8,040.00 | 0.00 | | 0.00 | FA |
| 34 | Wells Fargo Bank - Sattler AV LLC Account #9861 (u) | 0.00 | 130.07 | | 130.07 | FA |
| 34 | **Assets Totals (Excluding unknown values)** | **$2,035,276.68** | **$392,935.11** | | **$306,600.37** | **$0.00** |

RE PROP# 33     this asset has no value. sk

**Major Activities Affecting Case Closing:**

*Debtor's Discharge was denied - See Order #432
4-5-23 debtor indicted on federal wire fraud charges; see article in documents.  sk

**Initial Projected Date Of Final Report (TFR):**   10/29/2020        **Current Projected Date Of Final Report (TFR):**   01/05/2024

**UST Form 101-7-TFR (5/1/2011)**

## Form 2

### Cash Receipts And Disbursements Record

| Case No.: | 18-16466-ABL | Trustee Name: | Shelley D. Krohn (480070) |
| --- | --- | --- | --- |
| Case Name: | SATTLER, BRANDON | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5487 | Account #: | ******4500 Checking |
| For Period Ending: | 01/11/2024 | Blanket Bond (per case limit): | $98,250,660.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/25/19 | {1} | GTG LLP | Escrowed funds from sale of Tahoe property | 1110-000 | 176,790.40 | | 176,790.40 |
| 03/20/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******8831 | Transition Debit to Metropolitan Commercial Bank acct 3910018831 | 9999-000 | | 176,790.40 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| **COLUMN TOTALS** | 176,790.40 | 176,790.40 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 176,790.40 | |
| **Subtotal** | 176,790.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$176,790.40** | **$0.00** | |

# Form 2

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-16466-ABL | |
| **Case Name:** | SATTLER, BRANDON | |
| **Taxpayer ID #:** | **-***5487 | |
| **For Period Ending:** | 01/11/2024 | |

| | |
|---|---|
| **Trustee Name:** | Shelley D. Krohn (480070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8831 Checking Account |
| **Blanket Bond (per case limit):** | $98,250,660.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/19 | | Transfer Credit from Rabobank, N.A. acct ******4500 | Transition Credit from Rabobank, N.A. acct 5024004500 | 9999-000 | 176,790.40 | | 176,790.40 |
| 08/05/19 | {30} | Wells Fargo | Collateral Acct ending 9975. Funds turned over per Order #247 | 1129-000 | 12,282.15 | | 189,072.55 |
| 11/19/19 | 1000 | American Express | Subpoena Document Fees paid per Order #368, 11/18/19 | 2990-000 | | 220.00 | 188,852.55 |
| 11/19/19 | 1001 | Oasis Reporting Services, LLC | Reporting Services paid per Order #369, 11/18/19 | 2990-000 | | 1,171.30 | 187,681.25 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 149.99 | 187,531.26 |
| 04/21/20 | {31} | State of Nevada | Unclaimed Funds | 1229-000 | 258.06 | | 187,789.32 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 299.85 | 187,489.47 |
| 05/05/20 | 1002 | Oasis Reporting Services, LLC | Court Reporter Fees paid per Order #425, 5/4/2020 | 3991-000 | | 544.50 | 186,944.97 |
| 05/07/20 | {24} | SCHWARTZER & MCPHERSON LAW FIRM | Settled for a reduced payment of $117,111.85 for the release of the Second Deed of Trust. See Order #410, 2/26/2020 | 1121-000 | 117,111.85 | | 304,056.82 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 420.71 | 303,636.11 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 517.81 | 303,118.30 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 500.64 | 302,617.66 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 467.56 | 302,150.10 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 515.18 | 301,634.92 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 482.12 | 301,152.80 |
| 11/24/20 | 1003 | No Rush Charge Imaging, LLC | Invoice #NRC01804681 paid per Order #444, 11/18/2020 | 2990-000 | | 151.75 | 301,001.05 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 465.30 | 300,535.75 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 528.48 | 300,007.27 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 464.75 | 299,542.52 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 448.08 | 299,094.44 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 527.30 | 298,567.14 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 478.52 | 298,088.62 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 445.90 | 297,642.72 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 524.74 | 297,117.98 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 476.20 | 296,641.78 |
| 08/26/21 | {34} | Wells Fargo Bank | Wells Fargo Bank - Sattler AV LLC Account #9861 | 1229-000 | 130.07 | | 296,771.85 |

Page Subtotals:        $306,572.53        $9,800.68

# Form 2

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 18-16466-ABL | |
| **Case Name:** | SATTLER, BRANDON | |
| **Taxpayer ID #:** | **-***5487 | |
| **For Period Ending:** | 01/11/2024 | |

| | |
|---|---|
| **Trustee Name:** | Shelley D. Krohn (480070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8831 Checking Account |
| **Blanket Bond (per case limit):** | $98,250,660.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 507.16 | 296,264.69 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 474.83 | 295,789.86 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 458.26 | 295,331.60 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 504.89 | 294,826.71 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 488.28 | 294,338.43 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 456.02 | 293,882.41 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 439.66 | 293,442.75 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 517.38 | 292,925.37 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 453.83 | 292,471.54 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 453.12 | 292,018.42 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 514.90 | 291,503.52 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 451.62 | 291,051.90 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 513.12 | 290,538.78 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 465.65 | 290,073.13 |
| 10/19/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX0569 | Transition Debit to TriState Capital Bank acct XXXXXX0569 | 9999-000 | | 290,073.13 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 306,572.53 | 306,572.53 | $0.00 |
| Less: Bank Transfers/CDs | 176,790.40 | 290,073.13 | |
| **Subtotal** | 129,782.13 | 16,499.40 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $129,782.13 | $16,499.40 | |

## Form 2
### Cash Receipts And Disbursements Record

Exhibit B

Page: 4

| Case No.: | 18-16466-ABL | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | SATTLER, BRANDON | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***5487 | Account #: | ******0569 Checking Account |
| For Period Ending: | 01/11/2024 | Blanket Bond (per case limit): | $98,250,660.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/19/22 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX8831 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX8831 | 9999-000 | 290,073.13 | | 290,073.13 |
| 10/26/22 | 2000 | Schwartzer & McPherson Law Firm | Attorney Costs - paid in full per Order #507, 10/25/2022 | 3220-000 | | 24,914.86 | 265,158.27 |
| 10/26/22 | 2001 | Schwartzer & McPherson Law Firm | Attorney Fees - PARTIAL PAYMENT - per Order #507, 10/25/2022 | 3210-000 | | 200,000.00 | 65,158.27 |
| 10/31/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 449.41 | 64,708.86 |
| 11/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 158.73 | 64,550.13 |
| 12/30/22 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 103.45 | 64,446.68 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 110.17 | 64,336.51 |
| 02/21/23 | {31} | State of Nevada | Unclaimed Funds | 1229-000 | 27.84 | | 64,364.35 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 96.24 | 64,268.11 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 106.43 | 64,161.68 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 95.97 | 64,065.71 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 112.94 | 63,952.77 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 102.49 | 63,850.28 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 98.92 | 63,751.36 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 112.40 | 63,638.96 |
| 09/28/23 | 2002 | Schwartzer & McPherson Law Firm | Remaining Fees paid per Order #507, 10/25/2022 Stopped on 10/17/2023 | 3210-005 | | 45,558.50 | 18,080.46 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 98.59 | 17,981.87 |
| 10/17/23 | 2002 | Schwartzer & McPherson Law Firm | Remaining Fees paid per Order #507, 10/25/2022 Stopped: check issued on 09/28/2023 | 3210-005 | | -45,558.50 | 63,540.37 |
| 10/18/23 | 2003 | Schwartzer & McPherson Law Firm | Remaining Fees paid per Order #507, 10/25/2022 | 3210-000 | | 45,558.50 | 17,981.87 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 108.62 | 17,873.25 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 28.64 | 17,844.61 |
| 12/18/23 | 2004 | Paul M. Healey | Accountant Fees paid per Order #514, 12/15/2023 | 3410-000 | | 2,500.00 | 15,344.61 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 26.57 | 15,318.04 |

Page Subtotals:    $290,100.97    $274,782.93

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 5

| Case No.: | 18-16466-ABL | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | SATTLER, BRANDON | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***5487 | Account #: | ******0569 Checking Account |
| For Period Ending: | 01/11/2024 | Blanket Bond (per case limit): | $98,250,660.00 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 290,100.97 | 274,782.93 | $15,318.04 |
| | | Less: Bank Transfers/CDs | | | 290,073.13 | 0.00 | |
| | | Subtotal | | | 27.84 | 274,782.93 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $27.84 | $274,782.93 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 6

| | |
|---|---|
| **Case No.:** | 18-16466-ABL |
| **Case Name:** | SATTLER, BRANDON |
| **Taxpayer ID #:** | **-***5487 |
| **For Period Ending:** | 01/11/2024 |

| | |
|---|---|
| **Trustee Name:** | Shelley D. Krohn (480070) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******0569 Checking Account |
| **Blanket Bond (per case limit):** | $98,250,660.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4500 Checking | $176,790.40 | $0.00 | $0.00 |
| ******8831 Checking Account | $129,782.13 | $16,499.40 | $0.00 |
| ******0569 Checking Account | $27.84 | $274,782.93 | $15,318.04 |
| | **$306,600.37** | **$291,282.33** | **$15,318.04** |

Page: 1

## Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | Audi Financial Services<br>P.O. Box 5215<br>Carol Stream, IL 60197<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>07/26/19 | | $0.00<br><br>$0.00 | $0.00 | $0.00 |
| D0 | Dept, of Administrative Services<br>Code Enforcement Unit, Public Response O<br>2911 E. Sunset Road<br>Las Vegas, NV 89120<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>07/25/19 | | $0.00<br><br>$0.00 | $0.00 | $0.00 |
| D0 | Edward and Elizabeth Costa,<br><br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>07/26/19 | | $0.00<br><br>$0.00 | $0.00 | $0.00 |
| D0 | James Russell<br>86 Innisbrook Avenue<br>Las Vegas, NV 89113<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>07/25/19 | | $0.00<br><br>$0.00 | $0.00 | $0.00 |
| D0 | Joseph and Mary Cassidy<br>401 Twin Peaks Blvd.<br>San Francisco, CA 94114<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>07/25/19 | | $0.00<br><br>$0.00 | $0.00 | $0.00 |
| D0 | Kabbage, Inc.<br>925B Peachtree Street NE,<br>#1688<br>Atlanta, GA 30309<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br><br>07/25/19 | | $0.00<br><br>$0.00 | $0.00 | $0.00 |

Page: 2

## Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | Mercedes-Benz Financial Services P.O. Box 685 Roanoke, TX 76262 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| D0 | Porsche Financial Services One Porsche Drive Atlanta, GA 30354 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| D0 | Porsche Financial Services One Porsche Drive Atlanta, GA 30354 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| D0 | Washington Federal Bank Home Loans P.O. Box 34420 Seattle, WA 98124 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/26/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| D0 | Wells Fargo Master Card P.O Box 94435 Albuquerque, NM 87199 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| 5-2 | JULIE RUSSELL 817 S. 7th Street Las Vegas, NV 89101 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 06/28/19 | | $132,404.00 $0.00 | $0.00 | $0.00 |

1/11/24: Claim has been reviewed and disallowed as the obligation is secured to collateral.  Creditor can recover from its collateral. BD

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6-2 | JAMES RUSSELL 817 S. 7th Street Las Vegas, NV 89101 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 06/28/19 | | $9,973,489.00 $0.00 | $0.00 | $0.00 |
| | 1/11/24: Claim has been reviewed and disallowed as the obligation is secured to collateral.  Creditor can recover from its collateral. BD | | | | | |
| 7-2 | Grant Whitcher 817 S. 7th Street Las Vegas, NV 89101 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 06/28/19 | | $3,628,666.00 $0.00 | $0.00 | $0.00 |
| | 1/11/24: Claim has been reviewed and disallowed as the obligation is secured to collateral.  Creditor can recover from its collateral. BD | | | | | |
| 8 | Joseph Cassidy c/o McDonald Carano LLP 2300 West Sahara Avenue, Suite 1200 Las Vegas, NV 89102 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 06/28/19 | | $7,177,328.47 $0.00 | $0.00 | $0.00 |
| | 1/11/24: Claim has been reviewed and disallowed as the obligation is secured to collateral.  Creditor can recover from its collateral. BD | | | | | |
| 9 | Mary Cassidy c/o McDonald Carano LLP 2300 West Sahara Avenue, Suite 1200 Las Vegas, NV 89102 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 06/28/19 | | $1,180,652.97 $0.00 | $0.00 | $0.00 |
| | 1/11/24: Claim has been reviewed and disallowed as the obligation is secured to collateral.  Creditor can recover from its collateral. BD | | | | | |
| FEE | Shelley D. Krohn PO Box 34690 Las Vegas, NV 89133 <2100-000 Trustee Compensation> , 210 | Administrative 03/16/23 | | $18,580.02 $18,580.02 | $0.00 | $18,580.02 |
| TE | Shelley D. Krohn PO Box 34690 Las Vegas, NV 89133 <2200-000 Trustee Expenses> , 200 | Administrative 01/11/24 | | $756.22 $756.22 | $0.00 | $756.22 |

Page: 4

## Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Bankruptcies P.O. Box 7346 Philadelphia, PA 19101 <5600-000 Consumer Deposits - § 507(a)(7)> , 540 | Priority 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Andrew Platt, Esq. L&S Counselors 1746 W. Horizon Ridge Parkway Henderson, NV 89012 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Cosmopolitan Casino Las Vegas 3708 S. Las Vegas Blvd. Las Vegas, NV 89109 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Discover P.O. Box 15316 Wilmington, DE 19850 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Discover P.O. Box 30943 Salt Lake City, UT 84130 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/19 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 5

## Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Guy Riziello<br>P.O. Box 64<br>Tujunga, CA 91403<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Hard Rock Hotel & Casino<br>Harmon Gambling Company, Inc., Attn. Mik<br>4455 Paradise Road<br>Las Vegas, NV 89169<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Peter Lexis<br>1605 River Birch Street<br>Las Vegas, NV 89117<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Sorokac Law Office, PLLC<br>8965 S. Eastern Ave., # 382<br>Las Vegas, NV 89123<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | US Bank<br>P.O. Box 790179<br>Saint Louis, MO 63179<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank NA<br>P.O. Box 29482<br>MAC 4101-080<br>Phoenix, AZ 85038<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 6

## Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank NA<br>P.O. Box 29482<br>MAC 4101-08C<br>Phoenix, AZ 85038<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | liter Hason<br>11848 Kiowa Avenue, Apt. 303<br>Los Angeles, CA 90049<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610 | Unsecured<br>07/25/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Bankruptcy Estate of Sattcom Video, LLC c/o<br>Brian D. Shapiro, Trustee<br>510 South 8th Street<br>Las Vegas, NV 89101<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>3-30-22 No supporting documents and no amount. Gave note to SK. CA | Unsecured<br>03/30/19 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 | Capital One Bank (USA), N.A. by American<br>InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>03/30/2022 This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. CA | Unsecured<br>04/01/19 | | $30,000.00<br>$30,000.00 | $0.00 | $30,000.00 |
| 3 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>03/30/2022 This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. CA | Unsecured<br>05/24/19 | | $12,203.12<br>$12,203.12 | $0.00 | $12,203.12 |
| 4 | Harmon Gaming Company, Inc.<br>6720 Via Austi Parkway Suite 400<br>Las Vegas, NV 89119<br><7100-000 General Unsecured - § 726(a)(2)><br><br>, 610<br><br>03/30/2022 This claim has been allowed. Reviewed POC. Docs attached & verified with schedules. CA | Unsecured<br>06/28/19 | | $600,000.00<br>$600,000.00 | $0.00 | $600,000.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 7

## Exhibit C

## Analysis of Claims Register

### Case: 18-16466-ABL BRANDON SATTLER

Claims Bar Date: 06/28/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | HSBC Bank U.S.A., N.A. HSBC Bank U.S.A., N.A. c/o Jason Berntsen 2929 Walden Avenue Depew, NY 14043 <7200-000 Tardy General Unsecured - § 726(a)(3)> , 620 | Unsecured 01/15/21 | | $3,500.00 $3,500.00 | $0.00 | $3,500.00 |
| | 3-30-22 Settlement agreement attached with Brian Shapiro Debtor took a cash advance Pre and Post- Petition for $9,390.23 | | | | | |
| 11 | INVERSIONES Y ENTRETENIMIENTO PC SRL D/B/A HARD ROCK PUNTA CANA RESORT & CASI, C/O JOSIAH KNAPP LAW, PC 100 S. BROAD STREET, SUITE 930 PHILADELPHIA, PA 19102 <7200-000 Tardy General Unsecured - § 726(a)(3)> , 620 | Unsecured 06/26/23 | | $549,775.99 $549,775.99 | $0.00 | $549,775.99 |
| | | | **Case Total:** | | **$0.00** | **$1,214,815.35** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-16466-ABL
Case Name:  BRANDON SATTLER
Trustee Name: Shelley D. Krohn

**Balance on hand:**   $               15,318.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5-2 | JULIE RUSSELL | 132,404.00 | 0.00 | 0.00 | 0.00 |
| 6-2 | JAMES RUSSELL | 9,973,489.00 | 0.00 | 0.00 | 0.00 |
| 7-2 | Grant Whitcher | 3,628,666.00 | 0.00 | 0.00 | 0.00 |
| 8 | Joseph Cassidy c/o McDonald Carano LLP | 7,177,328.47 | 0.00 | 0.00 | 0.00 |
| 9 | Mary Cassidy c/o McDonald Carano LLP | 1,180,652.97 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $     15,318.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 18,580.02 | 0.00 | 14,561.82 |
| Trustee, Expenses - Shelley D. Krohn | 756.22 | 0.00 | 756.22 |

Total to be paid for chapter 7 administrative expenses:   $     15,318.04
Remaining balance:   $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $          0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $642,203.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 2 | Capital One Bank (USA), N.A. by American InfoSource as agent | 30,000.00 | 0.00 | 0.00 |
| 3 | Discover Bank Discover Products Inc | 12,203.12 | 0.00 | 0.00 |
| 4 | Harmon Gaming Company, Inc. | 600,000.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $553,275.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 10 | HSBC Bank U.S.A., N.A. | 3,500.00 | 0.00 | 0.00 |
| 11 | INVERSIONES Y ENTRETENIMIENTO PC SRL | 549,775.99 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00